UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>Angel CARRILLO,<br><br>                Defendant. | Case No.: __21-MJ-0987__<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18, U.S.C., Sec. 111(a)(1) – Assault on a Federal Officer (Felony) |

The undersigned complainant being duly sworn states:

<u>Count 1</u>

On or about March 15, 2021, within the Southern District of California, defendant Angel CARRILLO, did knowingly and intentionally and forcibly assault, resist, oppose, impede, intimidate, or interfere with a person named in Title 18, United States Code, Section 1114, to wit Department of Homeland Security, United States Customs and Border Protection Officer Jesse Gonzalez, in that defendant CARRILLO caused his head to strike the face of Officer Gonzalez causing injury, while Officer Gonzalez was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

                                      Special Agent Robin Tannehill
                                      Homeland Security Investigations

Sworn to before me and subscribed in my presence, this 16th day of March 2021.

                                      HON. LINDA LOPEZ
                                      United States Magistrate Judge

## STATEMENT OF FACTS

On March 15, 2021 at approximately 1:00 PM, Angel CARRILLO, a United States Citizen, entered the United States at the San Ysidro, California, Port of Entry.

While assigned to vehicle primary inspection lanes, a U.S. Customs and Border Protection (CBP) Officers witnessed CARRILLO approach the primary inspection booth as a passenger in a blue 2019 Chevy Silverado ("the vehicle") in lane twenty-five and observed the occupants of the vehicle appeared to be involved in a physical altercation. After the CBP Officer made initial contact with the driver of the vehicle, and CARRILLO as a passenger, CARRILLO removed his shirt, stated "fuck that" several times, exited the vehicle, and ran toward the San Ysidro Port of Entry CBP Secondary Vehicle Inspection Lot without proper customs inspection, where he was intercepted by CBP Officers and subsequently taken to the ground. CBP Officers detained CARRILLO, placed him in handcuffs, and escorted him to the CBP Security Office for additional processing.

When the escorting CBP Officers approached the CBP Security Office and began to enter with CARRILLO, he started to shout profanities, resist the restraints and CBP Officers, and in doing so caused the back of his head to strike CBP Officer Gonzalez in the face, resulting in injury to the face of CBP Officer Gonzalez.

HSI Special Agents declined to interview CARRILLO based on his previous violent outbursts, hostile interactions with uniformed law enforcement leading up to and during the event, and subsequent threatening gestures after.

CARRILLO was arrested and charged with violation(s) of Title 18 USC 111(a)(1), Assault on a Federal Officer.

3